FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MILTON GEFFEN,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF EASTERN OREGON, and the SMALL BUSINESS ADMINISTRATION,<br><br>    Defendants. | No. 4:18-cv-05175-SAB<br><br>**ORDER GRANTING MOTION TO DISMISS** |

    Before the Court is Plaintiff's Motion to Dismiss, ECF No. 29. The motion was heard without oral argument.

    Plaintiff asks that the above-captioned case be dismissed with prejudice "as soon as possible."

//
//
//
//
//
//
//

**ORDER GRANTING MOTION TO DISMISS ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Dismiss, ECF No. 29, is **GRANTED**.
2. The above-captioned case is **dismissed** without prejudice.
3. All pending motions are denied, as moot.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to Plaintiff and counsel, and **close** the file.

**DATED** this 15th day of July 2019.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING MOTION TO DISMISS ~ 2**